# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BALEHAGER AYALEW ) <br> 1122 Florida Ave., NW ) <br> Washington, DC 20009 ) <br> CIS File No. A070 512 153 ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Gregory CHRISTIAN, District Director ) <br> Washington Field Office ) <br> U.S. Citizenship and Immigration Services ) <br> 2675 Prosperity Avenue ) <br> Fairfax, VA 22031 ) <br> ) <br> EMILIO T. GONZALEZ, Director ) <br> U.S. Citizenship and Immigration Services ) <br> 20 Massachusetts Avenue, N.W. ) <br> Washington, DC 20529 ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> U.S. Department of Homeland Security ) <br> 425 Murray Drive, Building 410 ) <br> Washington, DC 20528 ) <br> ) <br> ROBERT S. MUELLER, Director ) <br> Federal Bureau of Investigation ) <br> J. Edgar Hoover Building ) <br> 935 Pennsylvania Avenue, N.W. ) <br> Washington, DC 20535 ) <br> ) <br>     Defendants. ) <br> ) | COMPLAINT FOR HEARING <br> ON NATURALIZATION <br> APPLICATION <br><br> Civ. No. |

## PRELIMINARY STATEMENT

1. This action is brought against the Defendants pursuant to 8 U.S.C. §1447(b) with a
request for judicial relief in the form of an adjudication of the Plaintiff's Application
for Naturalization (Form N-400) in this Court.

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

2. The Plaintiff properly filed his application with the Defendant U.S. Citizenship and Immigration Services ("USCIS") on September 6, 2005, and attended an examination of his application on June 8, 2006. As more than 120 days have passed since the Plaintiff's examination, the Plaintiff seeks review of his application by this Court. *See* 8 U.S.C. §1447(b). The Plaintiff is prima facie eligible for naturalization, as explained below, and this Court should assume jurisdiction over this matter and grant his application for naturalization or, alternatively, remand the application to USCIS, with proper instructions, to adjudicate without further delay.

### JURISDICTION

3. This is a civil action brought pursuant to 8 U.S.C. §1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). *See also* 8 C.F.R. §310.5(a); *see also,* 8 C.F.R. §310.5(a); *Etape v. Chertoff,* 497 F.3d 379, 380 (4th Cir. 2007)(holding that 8 U.S.C § 1447(b) vests "exclusive jurisdiction in the district court, depriving the CIS of jurisdiction to adjudicate an application unless instructed to do so by the district court"); *accord United States v. Hovsepian,* 359 F.3d 1144, 1164 (9th Cir. 2004).

4. Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal question jurisdiction) and §1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the Plaintiff, by which statutes jurisdiction is conferred.

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

2

5. Jurisdiction is also conferred pursuant to 5 U.S.C. §704 (Administrative Procedure Act). *See* 5 U.S.C. §704 (Agency action made reviewable by statute and final agency action for which there is no other adequate remedy in a court are subject to judicial review.)

6. This complaint is timely because more than 120 days have passed since the Washington Field Office of USCIS conducted an examination of the Plaintiff on his naturalization application on June 8, 2006. *See* 8 U.S.C. §1447(b); 8 C.F.R. §310.5(a).

## VENUE

7. Venue lies in the District of Columbia, the judicial district where the Plaintiff resides, pursuant to 8 U.S.C. §1447(b) (". . . the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. §310.5(a).

## PARTIES

8. The Plaintiff, Mr. Balehager AYALEW, has been a lawful permanent resident of the United States since February 6, 2002 and resides in Washington, DC. He was born in Ethiopia in 1976 and he is a citizen of Ethiopia. His alien registration number is A070 512 153.

9. The Defendants, GREGORY CHRISTIAN, District Director, Washington Field Office, USCIS; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S.

3

MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party Defendants pursuant to 8 U.S.C. §1421(a). The Washington Field Office of USCIS is the local office with jurisdiction over the Plaintiff's pending application for naturalization. USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act ("INA") and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. §1421(a). *See also* 8 C.F.R. §310.1. The Defendant officials of USCIS referred to herein also include its predecessor organization, which was known as the U.S. Immigration and Naturalization Service ("INS").[1] The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

## FACTS

10. The Plaintiff, Mr. Ayalew, was born in Ethiopia in 1976 and became a lawful permanent resident of the United States on February 8, 2002. *See* Exh. 1, Copy of Permanent Resident Card. Mr. Ayalew has been married to a U.S. citizen since 1997. *See* Exh. 2, Mr. Ayalew's Marriage Certificate. He earned a Ph.D. in Computational Sciences and Informatics from George Mason University and is currently Deputy Program Manager of the District of Columbia's Department of Transportation, as well

---

[1] On March 1, 2003, the functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security pursuant to Title IV of the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2177. *See Matter of D-J-*, 23 I&N Dec. 572, 573 n.1 (A.G. 2003).

4

as holding several other honorary titles and distinctions. *See* Exh. 3, Mr. Ayalew's Curriculum Vitae.

11. Mr. Ayalew is eager to become a U.S. citizen and the delay by the Defendants in adjudicating his naturalization application is of great concern to him. In addition to creating considerable anxiety and uncertainty for him, the delay in adjudication has created obstacles in his ability to pursue opportunities for professional advancement. Many jobs for which he is highly qualified inquire into whether an applicant is a U.S. citizen, and this factor can be determinative in the employer's decision regarding whom to hire. The delay in adjudication has also interfered with his travel needs, as Mr. Ayalew experiences difficulties obtaining visas for travel outside the United States.

12. Mr. Ayalew submitted an Application for Naturalization (Form N-400) with USCIS on September 6, 2005. *See* Exh. 4, Naturalization Application; Exh. 5, Receipt Notice.

13. Mr. Ayalew attended an examination on his naturalization application at the USCIS Washington Field Office in Fairfax, Virginia on June 8, 2006. *See* Exh. 6, Request for Applicant to Appear for Naturalization Initial Interview. On that date, he was notified that a decision could not yet be made on his case and Mr. Ayalew was issued a form N-14 instructing him to submit "Certified court dispositions for all arrests" within 30 days of said notice. *See* Exh. 7, Form N-14, Request for Evidence.

14. On June 14, 2006, well within USCIS's stated deadline, Mr. Ayalew submitted a certified copy of his arrests in accordance with USCIS instructions. *See* Exh. 8, U.S. District Court for the District of Columbia, Certified Copy of Arrest & Sentencing [*hereinafter* "District Court Sentencing Report"]. As further explained below, Mr.

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

5

Ayalew's 1999 conviction for "possession of a motor vehicle, which had crossed a state boundary after being stolen," in violation of 18 U.S.C. §§2313(a) and 2, does not render him ineligible for naturalization, as it is not an "aggravated felony" as defined in the INA. *See* INA §101(a)(43) (G)(defining as an "aggravated felony" a "theft offense (including receipt of stolen property) or burglary offense for which the term of imprisonment at least one year.").

15. On August 15, 2006, undersigned counsel wrote to USCIS, noting that Mr. Ayalew had complied with the agency's request for additional evidence and requesting that a decision be made on his N-400 application as soon as possible. *See* Exh. 9, Letter to USCIS. Counsel received no response from USCIS.

16. Throughout this process, Mr. Ayalew has made numerous in-person and telephonic status inquiries with USCIS. Mr. Ayalew has received no explanation from USCIS for the unreasonably lengthy delay in his case.

17. On August 30, 2007, in a final effort to avoid costly litigation, undersigned counsel again wrote to the Defendant Gregory Christian, District Director of the USCIS Washington Field Office, explaining the history of this case and requesting a decision on Mr. Ayalew's naturalization application. *See* Exh. 10, Letter to USCIS. Defendants again failed to issue a response. As of the date of this Petition, counsel has not received a response from USCIS.

18. Sixteen months have now passed since Mr. Ayalew's examination at USCIS and the Defendants still have not issued a decision on his naturalization application. As more than 120 days have elapsed since Mr. Ayalew's examination on June 8, 2006, the

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

6

Plaintiff requests that this Court assume jurisdiction over his application for naturalization and either adjudicate it or remand the application to USCIS, with appropriate instructions to adjudicate without further delay. *See* 8 U.S.C. §1447(b).

## CLAIMS

19. The Plaintiff has a clear right to be granted United States citizenship and this Court has clear jurisdiction to adjudicate his application for naturalization now that the Defendants have failed to do so within the time period specified in 8 U.S.C. §1447(b). *See also* 8 C.F.R. §310.5(a). Alternatively, this Court may remand the Plaintiff's naturalization application to USCIS, with proper instructions to adjudicate without further delay. *See id.* The Plaintiff has no other form of relief available. *See generally Iddir v. INS*, 301 F.3d 492, 500 (7th Cir. 2002).

20. The Plaintiff has a clear right to be granted United States citizenship for the following reasons:

   a. The Plaintiff has demonstrated an understanding of the English language, including an ability to read, write, and speak words in ordinary usage in the English language, as required under 8 U.S.C. §1423(a)(1).

   b. The Plaintiff has demonstrated a knowledge and understanding of the fundamentals of the history, and of the principles and form of government, of the United States, as required under 8 U.S.C. §1423(a)(2).

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

c. The Plaintiff is not opposed to the United States Government or law and does not favor, nor has he ever favored, any totalitarian form of government. Therefore, he is not barred from naturalization under 8 U.S.C. §1424.

d. The Plaintiff meets the requirements for residence as provided under 8 U.S.C. §1427(a). Immediately prior to the filing of his application for naturalization on September 6, 2005, the Plaintiff had resided continuously, after being lawfully admitted for permanent residence on February 6, 2002, within the United States for at least five years, and during the five years immediately preceding the date of filing his application for naturalization had been physically present therein for periods totaling at least half of that time. Furthermore, the Plaintiff had resided in Washington, D.C. for more than three months before filing his application for citizenship; thus, his application for naturalization was properly filed with the USCIS Washington Field Office, pursuant to 8 U.S.C. §1427(a)(1).

e. The Washington Field Office of USCIS in Fairfax, Virginia clearly has jurisdiction over his naturalization application. Finally, the Plaintiff has continuously resided within the United States from the date of his application for naturalization on September 6, 2005 to the present.

f. Though Plaintiff was convicted of a theft offense in 1999, during all the periods referred to at 8 U.S.C. §1427(a), the Plaintiff has been and still is a person of good moral character, attached to the principles of the Constitution of the

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

United States, and well disposed to the good order and happiness of the United States.

    a. A lawful permanent resident or any alien is deportable if convicted of an aggravated felony at any time after admission. *See* INA § 237(a)(2)(A)(iii). Plaintiff's 1999 conviction for "Possession of a motor vehicle, which had crossed a state boundary after being stolen" in violation of 18 U.S.C. §§2313(a) and 2, does not qualify as an aggravated felony. *See* Exh. 8, US District Court Sentencing Report. An aggravated felony is defined under the Immigration and Nationality Act and can include "a theft offense (including receipt of stolen property) or burglary offense for which the term of imprisonment at least one year..." INA §101(a)(43)(G). The U.S. District Court for the District of Columbia sentenced Plaintiff to a term of six months of home imprisonment and three years of probation, but no jail time was imposed. *See* Exh. 8. Plaintiff successfully completed his probation on January 14, 2002. *Id.* Plaintiff's conviction is not an aggravated felony because a sentence of one year or more was not imposed. *See* INA §101(a)(43)(G).

    b. Other than his conviction for receipt of stolen property, Plaintiff was and remains a person of good moral character. In fact, since his conviction, Plaintiff has become an accomplished

9

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

environmental engineer, author, and U.S. government employee. *See* Exh. 3.    Plaintiff has received several honors and distinctions for his work, including for "Outstanding Service for District of Columbia Department of Transportation," and "Outstanding Student of the University of the District of Columbia Honors Program." *See Id.* Plaintiff is also President of the American Society of Civil Engineers (ASCE) and Executive Committee Member of the National Society of Black Engineers (NSBE).    *Id.*  Plaintiff is happily married to a U.S. citizen since 1997 and has two U.S. citizen children.    *See*, Exh. 2. Despite Plaintiff's conviction, he is prima facie eligible for naturalization.

21. Congress has vested the Executive Branch with authority to confer citizenship.    8 U.S.C. §1421(a).  The statute authorizing the Executive Branch to decide citizenship is suffused with mandatory language. *See* 8 U.S.C. §§1422, 1423, 1427; *see also Iddir*, 301 F.3d at 499 (describing Congress' use of mandatory language and the word "shall" through the statute as conferring a duty upon the Attorney General to administer the diversity visa program).  The Defendants owe the Plaintiff a duty to adjudicate the Plaintiff's application and have unreasonably failed to perform that duty.  The fact of a grant of jurisdiction to the U.S. District Courts to review lack of adjudication under 8 U.S.C. §1447(b) demonstrates that Congress intended to impose a mandatory duty on the Executive Branch.

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

22. The Plaintiff has exhausted any administrative remedies that exist and has availed himself of this Court's review under 8 U.S.C. §1447(b), which provides for judicial recourse in cases of administrative inaction.     When USCIS fails to make a determination on a naturalization application within 120 days of the applicant's examination, the applicant may appeal to the appropriate federal district court for a hearing.  8 U.S.C. §1447(b).  The "examination" referenced in 8 U.S.C. §1447(b) has been interpreted by this and other courts to refer to the initial examination interview scheduled under 8 U.S.C. §1446(a).  *See Castracani v. Chertoff,* 377 F. Supp. 2d 71, 73 (D.D.C. 2005); *see also Etape,* 497 F.3d. at 380; *United States v. Hovsepian,* 359 F.3d 1144, 1151 (9th Cir. 2004); *El-Daour v. Chertoff,* 417 F. Supp. 2d 679, 683 (W.D. Pa. 2005); *Angel v. Ridge,* 2005 WL 1263143, *4 (S.D. Ill. May 25, 2005).

23. The Plaintiff is entitled to judicial review of his pending naturalization application pursuant to 8 U.S.C. §1447(b), because more than 120 days have passed since his examination by USCIS on June 8, 2006, and USCIS has, to date, failed to make a determination on his application.  *See also* 8 C.F.R. §310.5(a).  The filing of this complaint vests the Court with exclusive jurisdiction to determine the Plaintiff's naturalization application or remand it, with appropriate instructions to USCIS for adjudication without further delay.  8 U.S.C. §1447(b); *see Castracani,* 377 F. Supp. 2d at 75; *see also Etape,* 497 F.3d at 381 (holding that 8 U.S.C § 1447(b) vests exclusive jurisdiction in the district court, depriving the CIS of jurisdiction to adjudicate an application unless instructed to do so by the district court); *Hovsepian,* 359 F.3d at 1159.

11

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

WHISEFORE, the Plaintiff prays that the Court:

1. Assume jurisdiction over the Plaintiff's application for naturalization and adjudicate the application or, in the alternative, remand the application to USCIS with proper instructions to adjudicate it without further delay, including taking all necessary steps to complete the processing of required background and security checks; and,

2. Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act; and,

3. Grant such other and further relief as this Court deems proper under the circumstances.

Respectfully submitted this 26th day of October 2007,

Balehager Ayalew

*By counsel,*

Thomas K. Ragland
DC Bar Number: 501021

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

Counsel for Plaintiff.



# COMMONWEALTH OF KENTUCKY

## Certificate of Marriage

This certifies that on the ___08___ day of ___SEPTEMBER___, 19 ___97___

DUBUMA, MARTHA HUNDE , Age 20

and AYALEW , BALEHAGER , Age 21

obtained from the Fayette County Clerk in Lexington, Kentucky

a License to Marry, and they there Married by at ___LEXINGTON, KY___ on the

MARIA RANSDELL

___08___ day of ___SEPTEMBER___, 19 ___97___, in the presence of

SHANNON I HARRISON and PAMELA BRUNER

The above appears in Marriage Book No. ___02477___, Page ___278___, on file in the office of the Fayette County Clerk, State of Kentucky, County of Fayette.

I, Donald W. Blevins, Clerk of the county and state aforesaid do hereby certify the above and foregoing to be a true and accurate record of the Marriage License as recorded in Book ___0247___, Page ___278___ in my office at Lexington, Ky.

Given under my hand this ___09___ day of ___SEPTEMBER___, 19 ___97___

By ___Donald W Blevins___

THERESA P. MILLER                DONALD W. BLEVINS, CLERK

DEPUTY CLERK

**Balehager Ayalew, PhD (cdt), Eng., PM**

1122 Florida Ave NW
Washington DC 20011
Bmdaengineering@ethionet.et
Mamush11@gmail.com

## Professional Preparation

- ➢ George Mason University, Fairfax, VA, Ph.D. CSI, PhD (cdt), School of Science, Remote Sensing and Earth Observation Researcher.
- ➢ The George Washington University (School of Business and Public Management and ESI International) Masters and Associate's Certificate in Program Management or Senior Management (PM).
- ➢ The George Washington University, Washington, D.C., P.E. (Doctor of Professional Engineering Degree or Engineer), Civil Engineering and Environmental Engineering.
- ➢ The George Washington University, Washington, D.C., M.S., Civil Engineering and Environmental Engineering.
- ➢ University of the District of Columbia, Washington, D.C., B.S., Civil Engineering minor Construction Management.

## Appointments

- ➢ Assistant Research Professor, at the University of the District of Columbia
- ➢ Assistant science and Technology Advisor, National Geospatial Intelligence Agency Chairman Appointed by Dr. William Roper, PE, Chair
- ➢ Assistant to the Director of Knowledge Management Initiatives, National Institute of Standards and Technology Appointed by Dr. William Roper, PE, Director
- ➢ Chief City Engineer for the City of College Park appointed to searve by Mayor of the City
- ➢ President of American Society of Civil Engineering UDC Washington DC

## Research Activities and Professional Experience

Research initiatives and experience include Environmental engineering, environmental impact assessment, advanced wastewater and water treatment technologies, hazardous material management, sustainable development, remote sensing, infrastructure security and geospatial information (GIS,GPS) applications. He has published tree papers and has helped senior scientists to publish over thirty technical papers and delivered numerous presentations at national and international conferences and symposiums. Mr. Ayalew is working to finalize a reasearch on sustainable food and water security using Remote Sending Hyperspectral (sattelite imegary) technology in East Africa. He was serving the United States Federal Government under the umbrella of Department of Transportation, Federal Highway Administration, District Department of Transportation, Infrastructure Project Management Administration as a Deputy Program Manager and Spatial Project Manager. His responsibility was to cover 160 million US Dollar budget directly as a contract officer for the government and also not to mention spatial project like Emergency respond system for the city and hazardous Mitigation Management Systems for the Agency. With the same agency, he was also acting as deputy Asset Manager for

Washington DC as National civil work research development program. Mr. Ayalew engaged in research work involving remote sensing systems and data analysis for the protection of critical infrastructure asset management for Washington DC under the budget of Homeland Security. He was also helping various research scientists for Japan public works research Institute as exchange program as Advanced Remote Sensing and Image Exploitation for spectral sensing research. Prior to joining District Department of Transportation, he was Chief City Engineer for the City of College Park for several years appointed by the Mayor of the City of College Park serving under Public Works Director. He has also served as Project Manager and project team leader as a consultant for Washington DC METRO transportation System (Mass Transit System). Upon graduating from undergraduate, he was assistant soil laboratory coordinator and assistant professor for University of the District of Columbia.

### Recent Publications
**Balehager Ayalew, PhD (Cdt)**, Richard Gomez, PhD, William Roper PhD **Hyperspectral Pavement Marking and Street Data Assessment Maintenance Evaluation with Road Extraction Filter Techniques**, proceedings, International Society for Optical Engineering, Geo-Spatial Image & Data Exploitation Developments & Applications IV, SPIE Aero Sense Conference, Orlando, FL
http://www.spie.org/conferences/programs/03/or/Conferences/index.cfm?fuseaction=5097B
**Balehager Ayalew, PhD (Cdt) The Advantage of Public Participation in Mitigation**, proceedings, The George Washington University, Institute for Crisis, Disaster, and Risk Management crisis and Emergency Management
**Balehager Ayalew, PhD (Cdt) Floodplain Management, Emergency Management, Mitigation and Boundary Mapping** proceedings, The George Washington University, Institute for Crisis, Disaster, and Risk Management crisis and Emergency Management

### Recent Recognition
Outstanding service for District of Colombia Department of Transportation
Outstanding Student for University of the District of Columbia Honors Program
Outstanding Civil Engineering Senior Student, American Society of Civil Engineers ASCE
Summer Engineering Concepts and Design Institute, AMP-PROJETS

### Activities
American Society of Civil Engineers (ASCE), President now Executive Member
National Society of Black Engineers (NSBE), Executive Committee Member

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

**Part 1. Your Name** *(The Person Applying for Naturalization)*

Write your INS "A"- number here:

A __ __ __  070512153  __ __ __

**A. Your current legal name.**

Family Name *(Last Name)*

**AYALEW**

Given Name *(First Name)*

**Balehager**

Full Middle Name *(If applicable)*

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*

**AYALEW**

Given Name *(First Name)*

**Balehager**

Full Middle Name *(If applicable)*

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| Ayalew | Balehager | Tedla |
| Ayalew | "Mamush"(nickname) | |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

FOR INS USE ONLY

Bar Code

Date Stamp

Remarks

Action

**Part 2. Information About Your Eligibility**    *(Check Only One)*

I am at least 18 years old **AND**

A. ☐ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☒ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

| Part 3. Information About You | Write your INS "A"- number here: |
|---|---|
| | A    070512153 |

A. Social Security Number

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

B. Date of Birth *(Month/Day/Year)*

01/15/1976

C. Date You Became a Permanent Resident    *(Month/Day/Year)*

02/06/2002

D. Country of Birth

Ethiopia

E. Country of Nationality

Ethiopia

F. Are either of your parents U.S. citizens?    *(if yes, see Instructions)*    ☐ Yes    ☒ No

G. What is your current marital status?    ☐ Single, Never Married    ☒ Married    ☐ Divorced    ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes    ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes    ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who users the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

| Part 4. Addresses and Telephone Numbers |
|---|

A. Home Address - Street Number and Name    *(Do NOT write a P.O. Box in this space)*

1122 Florida Ave. NW

Apartment Number

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| Washington | | DC | 20009 | USA |

B. Care of

Mail Address - Street Number and Name    *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

C. Daytime Phone Number *(If any)*

202-671-4575

Evening Phone Number *(If any)*

202-607-8099

E-mail Address *(If any)*

mamushcia@yahoo.com

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A __ 070512153 __ __ __ __ __

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☒ Male  ☐ Female

B. Height

6' 1"
Feet  Inches

C. Weight

200
Pounds

D. Are you Hispanic or Latino?  ☐ Yes  ☒ No

E. Race  *(Select one or more.)*

☐ White  ☐ Asian  ☒ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☒ Black  ☐ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

G. Eye color

☒ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 12/2004 | Present |
| 1902 Rosemary Hills Dr., Unit 3    Silver Spring    MD, 20910    USA | 03/2001 | 12/2004 |
| 1019 Columbia Rd. NW    Washington    DC, 20001    USA | 03/1997 | 03/2001 |
| | | |
| | | |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| DC Dept.Transp.,IPMA | 64 New York Ave. NW, Washington,DC | 12/29/2003 | Present | Deputy Prog.Mgr. |
| City of College Park | College Park, Maryland | 04/10/2001 | 10/03/2003 | Chief City Engineer |
| RJM Enginineering Inc. | Arlington, Virginia | 06/1999 | 07/2001 | Proj.Mgt.&Engineer |
| | | | | |
| | | | | |

## Part 7. Time Outside the United States
### (Including Trips to Canada, Mexico, and the Caribbean Islands)

Write your INS "A"- number here:

A _ _ _ 070512153

A. How many total days did you spend outside of the United States during the past 5 years?    **86** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?    **7** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 08/05/05 | 08/08/05 | ☐ Yes ☒ No | Dominican Republic | 3 |
| 01/06/05 | 01/26/05 | ☐ Yes ☒ No | Ethiopia and Uganda | 20 |
| 04/18/04 | 05/01/04 | ☐ Yes ☒ No | Ethiopia | 13 |
| 09/07/03 | 09/17/03 | ☐ Yes ☒ No | Ethiopia | 10 |
| 06/08/03 | 06/23/03 | ☐ Yes ☒ No | Ethiopia | 15 |
| 01/12/03 | 02/01/03 | ☐ Yes ☒ No | Ethiopia | 20 |
| 06/05/02 | 06/10/02 | ☐ Yes ☒ No | United Kingdom | 5 |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |

## Part 8. Information About Your Marital History

A. How many times have you been married (including annulled marriages)?    **1**    If you have NEVER been married, go to Part 9.

B. If you are married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
**DUGUMA**

Given Name *(First Name)*
**Martha**

Full Middle Name *(If applicable)*
**Hunde**

2. Date of Birth*(Month/Day/Year)*
**04/29/1976**

3. Date of Marriage *(Month/Day/Year)*
**09/08/1997**

4. Spouse's Social Security Number
**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**

5 Home Address - Street Number and Name
**1122 Florida Ave. NW**

Apartment Number

City
**Washington**

State
**DC**

ZIP Code
**20009**

**Part 8. Information About Your Marital History   (Continued)**

Write your INS "A"- number here:
A _ _ _ _ _ _ _ _ _
       **070512153**

C. Is your spouse a U.S. citizen?     ☒ Yes     ☐ No

D. If your spouse is a U.S. citizen, give the following information:

    1. When did your spouse become a U.S. citizen?     ☒ At Birth     ☐ Other

     If "Other," give the following information:

    2. Date your spouse became a U.S. citizen
    _ _ _ _ _ _ _ _ _ _

    3. Place your spouse became a U.S. citizen   *(Please see Instructions)*

                       City and State

E. If your spouse is NOT a U.S. citizen, give the following information:

    1. Spouse's Country of Citizenship
    **N/A**

    2. Spouse's INS "A"- Number   *(If applicable)*
    A _ _ _ _ _ _ _ _ _

    3. Spouse's Immigration Status

    ☐ Lawful Permanent Resident     ☐ Other _____

F.   If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name   *(First Name)* | Full Middle Name   *(If applicable)* |
|---|---|---|
| **N/A** | | |

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage   *(Month/Day/Year)*
_ _ _ _ _ _ _ _ _ _

4. Date Marriage Ended   *(Month/Day/Year)*
_ _ _ _ _ _ _ _ _ _

5. How Marriage Ended
☐ Divorce     ☐ Spouse Died     ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?     **1**

    If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
    If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions
    1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name   *(First Name)* | Full Middle Name   *(If applicable)* |
|---|---|---|
| **N/A** | | |

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage   *(Month/Day/Year)*
_ _ _ _ _ _ _ _ _ _

4. Date Marriage Ended   *(Month/Day/Year)*
_ _ _ _ _ _ _ _ _ _

5. How Marriage End
☐ Divorce     ☐ Spouse Died     ☐ Other _____

## Part 9. Information About Your Children

Write your INS "A"- number here:

A   070512153

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

2

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Dagmame Balehager AYALEW | 02/26/2000 | A N/A | USA | 1122 Florida Ave. NW Washington  DC  20009 |
| Abyssinia Balehager AYALEW | 03/14/2005 | A N/A | USA | 1122 Florida Ave. NW Washington  DC  20009 |
|  |  | A |  |  |
|  |  | A |  |  |
|  |  | A |  |  |
|  |  | A |  |  |
|  |  | A |  |  |
|  |  | A |  |  |

## Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?   ☐ Yes ☒ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States?   ☐ Yes ☒ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States?   ☐ Yes ☒ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?   ☐ Yes ☒ No

5. Do you owe any Federal, state, or local taxes that are overdue?   ☐ Yes ☒ No

6. Do you have any title of nobility in any foreign country?   ☐ Yes ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?   ☐ Yes ☒ No

**Part 10. Additional Questions  *(Continued)***

Write your INS "A"- number here:
A _ _ _ 070512153 _ _ _ _

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?    ☒ Yes   ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. American Society of Civil Engineers | 6. |
| 2. National Society of Black Engineers | 7. |
| 3. AAA | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?    ☐ Yes   ☒ No

b. Any other totalitarian party?    ☐ Yes   ☒ No

c. A terrorist organization?    ☐ Yes   ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?    ☐ Yes   ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes   ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?    ☐ Yes   ☒ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?    ☐ Yes   ☒ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes   ☒ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes   ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?    ☐ Yes   ☒ No

| Part 10. Additional Questions  *(Continued)* | Write your INS "A"- number here:<br>A _ _ 070512153 _ _ _ _ _ |
|---|---|

## D. Good Moral Character

For the purposes of this application , you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☒ Yes ☐ No

17. Have you **EVER** been charged with committing any crime or offense? ☒ Yes ☐ No

18. Have you **EVER** been convicted of a crime or offense? ☒ Yes ☐ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☒ Yes ☐ No

21 Have you **EVER** been in jail or prison? ☒ Yes ☐ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| Please see Addendum. | See addendum | See addendum | See addendum |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard? ☐ Yes ☒ No

    b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

    d. been married to more than one person at the same time? ☐ Yes ☒ No

    e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

    f. gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

    g. failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

| Part 10. Additional Questions  *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A _ _ _ 070512153 _ |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☒ Yes  ☐ No

### F. Military service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
    in any status except as a lawful nonimmigrant?  ☒ Yes  ☐ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year)  **02/06/1995**    Selective Service Number  _ _ 76-1279400-3 _ _ _

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

### H. Oath Requirements  *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was
"No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian
    direction?  ☒ Yes  ☐ No

| Part 11. Your Signature | Write your INS "A"- number here: |
|---|---|
| | A _ _ _ _ _ _ _ _ _   070512153 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

| Your Signature | Date *(Month/Day/Year)* |
|---|---|
| *[signature]* | 08 31 2005 |

**Part 12. Signature of Person Who Prepared This Application for You    *(if applicable)***

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact* *questions* contained on this form.

| Preparer's Printed Name | Preparer's Signature |
|---|---|
| **Alison J. Brown** | *[signature]* |

| Date *(Month/Day/Year)* | Preparer's Firm or Organization Name   *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|---|
| 9 . 1 . 05 | **Maggio & Kattar, PC** | **(202) 483-0053** |

| Preparer's Address - Street Number and Name | City | State | ZIP Code |
|---|---|---|---|
| **C/O Maggio & Kattar 11 Dupont Circle NW, Suite 775** | **Washington** | **DC** | **20036** |

### Do Not Complete Part 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

| Subscribed to and sworn to (affirmed) before me | | |
|---|---|---|
| | Officer's Printed Name or Stamp | Date *(Month/Day/Year)* |

| Complete Signature of Applicant | Officer's Signature |
|---|---|
| | |

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
|---|---|
| | |

Form N-400 (Rev. 07/23/02)N Page 10

**Addendum for Form N-400   ∆Ɏ   ⊥EW, BALEHAGER**

Addendum to N-400 Part 10, Section D, Arrest Information

**Arrested for Possession of a motor vehicle, which had crossed a state boundary after being stolen.
Date Offense Concluded:  01/15/1997.
Before the United States District Court.  Date of Imposition of Judgment:  01/15/1999.  Counts 1 through 4 of the indictment dismissed on the
motion of the United States.  Term of six (6) months  home detention with release to attend classes and complete studies.  Placed on
probation for three (3) years without further jail time imposed.  As such, please note that the applicant is NOT an aggravated felon.**

Department of Homeland Security
U.S. Citizenship and Immigration Services    1:07-cv-01956-EGS    Document 1-6    Filed 10/31/2007    Page 1 of 1

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE September 13, 2005 |
|---|---|---|---|
| **CASE TYPE** N400    Application For Naturalization | | | **INS A#** A 070 512 153 |
| **APPLICATION NUMBER** ESC*001485241 | **RECEIVED DATE** September 06, 2005 | **PRIORITY DATE** September 06, 2005 | **PAGE** 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

BALEHAGER AYALEW
c/o ALISON J BROWN
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

PAYMENT INFORMATION:

Single Application Fee:      $390.00
Total Amount Received:      $390.00
Total Balance Due:              $0.00

ıllıllllıllıllıllılı

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:              January 17, 1976
Address Where You Live:  1122 FLORIDA AVE NW
                         WASHINGTON DC 20009

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within   90   days of this notice.

**IMPORTANT NOTICE:**    All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

ESC$001463894



Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

---

# THE UNITED STATES OF AMERICA

---

| Request for Applicant to Appear for Naturalization Initial Interview | | NOTICE DATE<br>April 10, 2006 |
|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | INS A#<br>A 070 512 153 |
| APPLICATION NUMBER<br>ESC*001485241 | RECEIVED DATE<br>September 06, 2005 | PRIORITY DATE<br>September 06, 2005 |
| | | PAGE<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

BALEHAGER AYALEW
c/o ALISON J BROWN
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

ılıllılllllllllll

**Please come to:**
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
On (Date):   Thursday, June 08, 2006
At (Time):   01:00 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
2ND FLOOR
2675 PROSPERITY AVENUE
FAIRFAX VA 22031-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



Form I-797C (Rev. 01/31/05) N



**U.S. Citizenship and Immigration Services**

Department of Homeland Security
United States Citizenship and Immigration Services
2675 Prosperity Avenue, Fairfax, VA 22031
*Attn: N-400 Continued Cases, mailroom*

Palehager Ayaltn

File No. 07 05 21 53
Date: 06 JUNE 08
Attn: N-400 Continued cases

Examination of the application (N-400) shows that additional information, document, or forms is needed before your application can be acted upon. Please *RETURN THIS LETTER WITH INFORMATION and/or DOCUMENTS by:*

# 30 DAYS

*Failure to do so may result in the denial of your application.*

**PLEASE SUBMIT A COPY OF THE FOLLOWING DOCUMENT(S) CHECKED. NO FAX, please**
*Any foreign language document must be accompanied by a certified or notarized translation.*

☐ Final Divorce Decree with FINDINGS OF FACTS (Decree must state the reason for divorce)

☐ Marriage Certificate  ☐ Birth Certificate  ☐ Death Certificate of spouse  ☐ Naturalization Certificate (spouse)

☐ PROOF OF SUPPORT of your child/children (NOTARIZED documents only)

☐ New and Expired Passport or US Travel Document(s) or Reentry Permit(s)

☑ CERTIFIED COURT DISPOSITIONS FOR ALL ARRESTS, including, if any, completion of PROBATION, ASAP or VASAP, and proof of ALL FINES paid.

☐ TWO photographs (2X2) for naturalization, profiling right ear lobe  ☐ Photocopy of GREEN CARD

☐ N-648 Medical Disability  ☐ SECOND OPINION of N-648 Medical Claim

☐ INCOME TAX RETURNS or Form 1722 (DO) from IRS for the year(s): ___

☐ CHURCH LETTER written on letterhead stating that you are an ACTIVE MEMBER in GOOD STANDING

☐ SELECTIVE SERVICE registration card or signed letter stating REASON for FAILING to comply.

☐ Proof of CURRENT residence (i.e. Apt Lease/mortgage policy, Deed of Trust, W-2s, Bank Account, Utility bills
Proof of RESIDENCE for year(s) ___

☐ POLICE CLEARANCE from ALL jurisdiction where you Have resided for the past 5 yrs.

☐ Notarized TWO witness statement or affidavits for: ___

☐ Write a NOTARIZED LETTER explaining why you were absent from the U S for more than 6 months; must be accompanied with
SUPPORTIVE DOCUMENTS from overseas

*[handwritten notes:]* CASE # DC 001017G
3-27-1998
POSSESSION OF A STOLEN CAR
3 Years Probation

FORM N-14 (REV. 05/2004)

Cc:



| | | | |
|---|---|---|---|
| **MAGGIO KATTAR** | Immigration and Nationality Attorneys | 11 Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No.: 05-644

June 14, 2006

*VIA FEDERAL EXPRESS #857513216570*

US Citizenship & Immigration Services
Attn: N-400 Continued Cases, Mailroom
2675 Prosperity Ave.
Fairfax, VA 22031

RE:   **Balehager AYALEW / A070512153**
         **Pending N-400 Applicant; ESC*001485241**
         **RESPONSE TO REQUEST FOR EVIDENCE**

Dear Sir or Madam:

Further to your request, enclosed please find the following in regards to the above-referenced matter:

1.      Your original letter requesting further evidence.
2.      Certified court disposition for all arrests and in accordance with your instructions.

Thank you for your kind consideration of this application.  Please do not hesitate to contact our office should you have any questions or concerns.

Sincerely,

**MAGGIO & KATTAR**

Alison J. Brown

Enclosures:  as stated.
cc:      Balehager Ayalew

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

June 12, 2006

TO WHOM THIS MAY CONCERN

Re:    **BALAHAGER, Ayalew**
       **Docket No: CR 97-0369-01**
       **DOB: 1/15/76**
       **SSN: 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**
       **<u>VERIFICATION OF COMPLETION</u>**

The purpose of this memorandum is to provide written documentation regarding the status of Mr. Balahager's case.

**Ayalew Balahager was sentenced on January 15, 1999**, by the Honorable Claude M. Hilton, U.S. District Judge for the Eastern District of Virginia, to **three (3) years probation** after having pled guilty to Possession of a Motor Vehicle, Which Had Crossed a State Boundary After Being Stolen. On March 3, 1999, this case was accepted for transfer to this district for supervision. **On January 14, 2002, Mr. Balahager's supervision in this case terminated successfully.**

Should you need any additional information regarding this matter, please contact the undersigned officer.

Sincerely,

**UNITED STATES PROBATION OFFICE**

Debra C. Taylor
United States Probation Officer
(202) 565-1373

# UNITED STATES DISTRICT COURT

### Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: 1:97CR00369-001 |
| **BALAHAGER AYALEW** | **Alan Barry Soschin, Esquire** |
| a/k/a "Mamushe" | Defendant's Attorney |

**THE DEFENDANT:**

[X]  pleaded guilty to count(s) **5 of the Indictment**

[ ]  pleaded nolo contendere to count(s) _____
     which (was) (were) accepted by the court.

[ ]  was found guilty on count(s) _____
     after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 USC §2313(a) and 2 | Possession of a motor vehicle, which had crossed a state boundary after being stolen | 1/15/97 | 5 |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) _____

[X]  Count(s) **1 through 4 of the Indictment** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **1/15/76**

Defendant's USM No.: _____

Defendant's Mailing Address:
**1019 Columbia Road, NW**
**Washington, DC 20001**

**January 15, 1999**

Date of Imposition of Judgment

*Claude M. Hilton*

Signature of Judicial Officer

**Claude M. Hilton**
**U.S. District Judge**

Name & Title of Judicial Officer

A True Copy, Teste:
Norman H. Meyer, Jr., Clerk

Defendant's Residence Address:
**1019 Columbia Road, NW**
**Washington, DC 20001**

By *Patricia E. Sutton*    **January 15, 1999**

Deputy Clerk    Date

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

## PROBATION

The defendant is hereby placed on probation for a term of  _three(3) years_ .

While on probation, the defendant shall not commit another federal, state, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance.

While on probation, the defendant shall not possess a firearm or destructive device.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the following additional conditions:

The defendant shall serve a term of six(6) months home detention where he may have release to attend classes and complete his studies.

DEFENDANT:    BALAHA⬚R AYALEW
CASE NUMBER:  1:97CR00369-001

## STANDARD CONDITIONS OF PROBATION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:   BALAHAGER AYALEW                          Judgment - Page _4_ of _5_ Pages
CASE NUMBER:  1:97CR003   001

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 5 | $100.00 | $0.00 | $0.00 |
| Totals: | $100.00 | $0.00 | $0.00 |

## FINE

No fines have been imposed in this case.

## RESTITUTION

Restitution has not been ordered in this case.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due as follows:

[X]   in full immediately.
[ ]   in full not later than _____.
[ ]   in _____ installments of $_____ over a period of _____ months to commence 30 days after the date of this judgment.  If this judgment imposes a period of incarceration, payment shall be due during the period of incarceration.
[ ]   in installments to commence 30 days after the date of this judgment.  If this judgment imposes a period of incarceration, payment shall be due during the period of incarceration.  During a period of probation or supervised release supervision payment of any unpaid balance shall be a condition of supervision and the U.S. probation officer shall establish and may periodically modify the payment schedule provided that the entire financial penalty is paid no later than the termination of supervision but in no event no later than 5 years after release from incarceration.

[ ]   The defendant shall pay the costs of prosecution.
[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States.

All financial penalty payments are to be made to the Clerk of Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

DEFENDANT:    BALAHAGER AYALEW                         Judgment - Page _5_ of _5_ Pages
CASE NUMBER:  1:97CR003(   )01

## STATEMENT OF REASONS

[ ]    The court adopts the factual findings and guideline application in the presentence report.

                                    **OR**

[X]    The court adopts the factual findings and guideline application in the presentence report
       except the Court finds the offense level to be 10 rather than 13.

### Guideline Range Determined by the Court:

        Total Offense Level:  _10_

        Criminal History Category:  _I_

        Imprisonment Range:  _6_ to _12_ months

        Supervised Release Range:  _2_ to _3_ years

        Fine Range:  $ _3,000.00_ to $ _30,000.00_

             [X]    Fine waived or below the guideline range because of inability to pay.

        Restitution:  $

             [ ]    Full restitution is not ordered for the following reason(s):

[X]    The sentence is within the guideline range, that range does not exceed 24 months, and the
       court finds no reason to depart from the sentence called for by the application of the
       guidelines.

                                    **OR**

[ ]    The sentence is within the guideline range, that range exceeds 24 months, and the sentence
       is imposed for the following reason(s):

                                    **OR**

[ ]    The sentence departs from the guideline range.

             [ ]    upon motion of the government, as a result of defendant's substantial assistance.

             [ ]    for the following reason(s):



| | | |
|---|---|---|
| **MAGGIO KATTAR** | Immigration and Nationality Attorneys | Il Dupont Circle, NW<br>Suite 775<br>Washington, DC 20036 | 202.483.0053 tel<br>202.483.6801 fax<br>www.maggio-kattar.com |

Our File No.: 05-644

August 15, 2006

*VIA CERTIFIED MAIL #7004289000281449134*

US Citizenship & Immigration Services
Attn: N-400 Continued Cases, Mailroom
2675 Prosperity Ave.
Fairfax, VA 22031

RE:    Balehager AYALEW (A070512153)
       Pending N-400 Applicant (ESC*001485241)
       **INTERVIEWED ON JUNE 8, 2006 – ADDITIONAL EVIDENCE WAS
       SUBMITTED JUNE 15, 2006**

Dear Sir or Madam:

Our above-referenced client was interviewed at your office for his N-400 naturalization application on June 8, 2006 (copy of G-28 enclosed). At this interview, the officer gave us a Form N-14 request for evidence. We complied with this request for additional evidence on June 15, 2006.

As it has been over 60 days since our client was interviewed and the additional evidence was submitted to your office, we write to request an update on the status of this case. We kindly request that your office come to a decision on this N-400 application as soon as possible. If you require additional material, please inform us so that we may respond promptly.

Thank you for your kind consideration of this application. Please do not hesitate to contact our office should you have any questions or concerns.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

Andres C. Benach*       Sandra Grossman*       *Not admitted in
Maxine Bayley           John Nahajzer          Washington, DC
Melissa Frisk*          Amy R. Novick
Cora Tekach

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | N-400 Application for Naturalization | Date | / / |
|---|---|---|---|
| | by Balehager AYALEW | File No. | 070512153 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner | ☒ Applicant |
|---|---|---|---|---|
| **Balehager** | | **AYALEW** | ☐ Beneficiary | |

| Address | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| | | 1122 Florida Ave. NW | Washington | DC | 20009 |

| Name | | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|---|
| | | | ☐ Beneficiary | |

| Address | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| | | | | | |

*Check applicable item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**Maryland**                **Court of Appeals**                            and am not under a court or administrative agency
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.
*Name of Court*

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)
**Michael Maggio, Cora Tekach admitted U.S. Supreme Court; Maxine Bayley admitted D.C. Court of Appeals; Alison Brown, Melissa Frisk, Sandra Grossman admitted Maryland Court of Appeals; Elizabeth Quinn admitted Supreme Court of Virginia; James Alexander admitted Florida Court of Appeals; Andrés Benach admitted NY Court of Appeals.**

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | **Maggio & Kattar, PC** |
| | **C/O Maggio & Kattar 11 Dupont Circle NW, Suite 775** |
| | **Washington        DC     20036** |
| NAME (Type or Print) | TELEPHONE NUMBER |
| **Alison J. Brown** | **(202) 483-0053      202-483-6801** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
**Michael Maggio, Cora Tekach, Alison Brown, Jim Alexander, Elizabeth Quinn, Andres Benach,**

*(Name of Attorney or Representative)*

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
**All Matters before the USCIS, DOS, DOL, & DOJ.**

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| **Balehager Ayalew** | | 08/31/05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y



| | |
|---|---|
| **MAGGIO KATTAR** | Immigration and Nationality Attorneys |

11 Dupont Circle, NW
Suite 775
Washington, DC 20036

202.483.0053 tel
202.483.6801 fax
www.maggio-kattar.com

Our File No. 07-1158

August 30, 2007

### *BY FEDERAL EXPRESS # 859477300092*

Susan Dubbins, District Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

RE:    **Notice of Intent to file PETITION FOR HEARING**
       **HEARING ON NATURALIZATION APPLICATION**
       **(8 U.S.C. § 1447(b)) on behalf of**
       **Balehager AYALEW (Petitioner)(A070 512 153)(ESC*001485241)**

Dear Ms. Dubbins:

We write to notify you that we intend to file a Petition for a Hearing on a Naturalization Application, pursuant to 8 U.S.C. § 1447(b), with the U.S. District Court for the District of Columbia absent an immediate response from your office regarding the above referenced case. A decision on the petitioner's Application for Naturalization has been since June 8, 2006. For your reference, attached please find a G-28 Notice of Entry of Appearance. (Tab 1).

This action will be brought against U.S. Citizenship and Immigration Services (USCIS) and associated defendants in order to compel action on the Application for Naturalization properly filed by the petitioner and received by the respondents on September 6, 2005. (Tab 2)  The petitioner appeared for an examination of his Application for Naturalization on June 8, 2006. (Tab 3)  On that date, petitioner was notified that a decision could not yet be made about his case and petitioner was issued form N-14 indicating that petitioner submit "Certified court dispositions for all arrests…" within 30 days of said notice. (Tab 4). On June 14, 2006, petitioner timely submitted a certified copy of all his arrests in accordance with USCIS instructions. (Tab 5). On August 15, 2006, this office wrote USCIS noting that we had complied with the request for additional evidence and requesting that a decision be made on the petitioner's N-400 application as soon as possible. (Tab 6). As of the date of this letter, this office has received no response from USCIS.

Michael Maggio         Andrés C. Benach*      Sandra Grossman*       *Not admitted in
Elizabeth A. Quinn*     John Nahajzer          Nadeen Aljijakli       Washington, DC
Melissa Frisk*          Amy R. Novick          Thomas K. Ragland
James Alexander*        Cora D. Tekach         Haesung Han*



The Administrative Procedure Act ("APA") at 5 U.S.C. §§ 555(b) and 702 and the Immigration and Nationality Act ("INA") and its related regulations require CIS to carry out its duties within a reasonable time. 5 U.S.C. § 555(b) provides that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." (Emphasis added). CIS is subject to 5 U.S.C. § 555(b). The lengthy delay in processing petitioner's application for naturalization is unreasonable.

USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. § 1421(a). Where CIS fails to make a determination within 120 days of an applicant's naturalization examination, the applicant may apply to the United States District Court for the district in which he resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service. 8 U.S.C. § 1447(b). More than one year has passed since the date of petitioner's naturalization examination.

We are eager to resolve this matter directly with CIS. Nevertheless, if we do not receive a response to this request by October 1, 2007, we will have no choice but to proceed with filing a petition for hearing on a naturalization application in federal district court.

We thank you for your kind attention to this matter. Please let us know if you have any questions.

Respectfully submitted,

MAGGIO & KATTAR

Andres Benach

Cc: Mr. Balehager Ayalew
Enclosures: As Stated

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Balehager Ayalew | Gregory Christian, Emilio Gonzalez, Michael Chertoff, Robert Mueller. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas K. Ragland
MAGGIO & KATTAR, 11 Dupont Circle, NW, Suite 775, Washington, DC 20036
(202) 483-0053

ATTORNEYS (IF KNOWN)

Jeffrey Taylor
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

◉ 2 U.S. Government Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

○ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

◉ **E. General Civil (Other)**   OR   ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O  G. *Habeas Corpus/ 2255* | O  H. *Employment Discrimination* | O  I. *FOIA/PRIVACY ACT* | O  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| O  K. *Labor/ERISA (non-employment)* | O  L. *Other Civil Rights (non-employment)* | O  M. *Contract* | O  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

O 1 Original Proceeding  O 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

8 U.S.C. §1447(b)

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE  10/26/07    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.