UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BALEHAGER AYALEW ) | |
| ) | No. 1:07cv01956 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| GREGORY CHRISTIAN, District Director, ) | |
| Washington Field Office, U.S. Citizenship & ) | |
| Immigration Services, et al. ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants.

Respectfully submitted,

　　/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

Dated: December 31, 2007