# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BALEHAGER AYALEW )
)
          Plaintiff, )   No. 1:07cv01956 (EGS)
)
    v. )
)
GREGORY CHRISTIAN, District Director, )
Washington Field Office, U.S. Citizenship & )
Immigration Services, <u>et al.</u> )
)
          Defendants. )

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

          Respectfully submitted,

  /s/ Michael Maggio by SG               /s/ Jeffrey A. Taylor by DVH

MICHAEL MAGGIO           JEFFREY A. TAYLOR, D.C. BAR # 498610
THOMAS RAGLAND           United States Attorney
ANDRES BENACH
MAGGIO & KATTAR             /s/ Rudolph Contreras by DVH
11 Dupont Circle, NW Suite 775    RUDOLPH CONTRERAS, D.C. BAR # 434122
Washington, DC 20036           Assistant United States Attorney.
Phone: (202) 483-0053
Fax: (202) 483-6801              /s/ Robin M. Meriweather
                                       ROBIN M. MERIWEATHER, D.C. Bar #490114
*Counsel for Plaintiff*              Assistant United States Attorney
                                       555 Fourth Street, N.W.
                                       Washington, D.C. 20530
                                       Phone: (202) 514-7198; Fax (202) 514-8780
                                       Robin.Meriweather2@usdoj.gov

                                       *Counsel for Defendants*

Dated: December 31, 2007